# UNITED STATES BANKRUPTCY COURT FOR THE
# WESTERN DISTRICT OF WASHINGTON

| | | |
|---|---|---|
| In re: | ) | SECTION 347 (a) UNCLAIMED |
| | ) | PROPERTY REPORT |
| Various debtors-- | ) | |
| See attached listing | ) | |
| | ) | |

     Pursuant to Section 347(a) of the Bankruptcy Code and Rules of Bankruptcy Procedure 3010 and 3011, the undersigned Trustee hereby reports on the attached listing the names and addresses of the persons and amounts, which they are entitled to be paid from remaining property of the estate.

     Unclaimed funds in the amount of **$719.17** to the above-entitled Court.

     Dated this 28th day of September, 2021.

Michael G. Malaier,
Chapter 13 Trustee
WSBA #34729

Section 347(a)
Unclaimed Property Report

Debtor Refunds 9/28/2021

| Case Number | Debtor 1 | Debtor 2 | Reason | Check # | Amount |
|---|---|---|---|---|---|
| 1943239 | Jeffrey Alan Schweigert<br>Apt 25 7317 NE Hazeldell Ave<br>Vancouver WA 98665 | 00000 | Debtor Refund | 712875 | $16.48 |
| 1940054 | Velda Dominique Alexander<br>14005 67th Ave Ct E<br>Puyallup WA 98373 | 00000 | Debtor Refund | 712877 | $16.48 |
| 1644005 | Keith Thomas Coffman<br>15217 87th Ave E<br>Puyallup WA 98353 | 00000 | Debtor Refund | 712878 | $593.65 |
| 1642093 | Brian Lee Jaenicke<br>Apt 2 4401 37th Ave SE<br>Lacey WA 98503 | 00000 | Debtor Refund | 712879 | $9.82 |
| 2040350 | Daniel Ray Johnson<br>21103 7th St Ct E<br>Bonney Lake WA 98391 | 00000 | Debtor Refund | 712880 | $16.48 |
| 1944015 | John Christopher Mejia<br>18120 76th Ave E<br>Puyallup WA 98375 | Charity Lynn Mejia<br>18120 76th Ave E<br>Puyallup WA 98375 | Debtor Refund | 712881 | $16.48 |
| 2041078 | Brett Charles Shilts<br>2356 Ocean Beach Rd<br>Copalis Crossing WA 98536 | 00000 | Debtor Refund | 712882 | $16.48 |
| 1942638 | Clifford D Thiele<br>5614 Seeley Lake Dr SW<br>Lakewood WA 98499 | 00000 | Debtor Refund | 712883 | $16.48 |
| 2040314 | Bonneau S Harris<br>15814 43rd Ave Ct E<br>Tacoma WA 98446 | Tiffany L Schatz<br>15814 43rd Ave Ct E<br>Tacoma WA 98446 | Debtor Refund | 712884 | $16.82 |

| | Total: | $719.17 |
|---|---|---|